**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Ave, Suite 1700
Phoenix, Arizona 85004
Telephone (602) 274-7611

Andrew Abraham, (007322), aabraham@bcattorneys.com
Casey S. Blais, (026202), cblais@bcattorneys.com
John D. Curtis, (019726), jcurtis@bcattorneys.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRIC COURT
# FOR DISTRICT OF ARIZONA

| | |
|---|---|
| DEBORAH J. IVY, as Trustee of the JERRY IVY SEPARATE PROPERTY REVOCABLE TRUST dated 4/20/90,<br><br>Plaintiff,<br><br>vs.<br><br>901 NORTH TWEEDY, LLC, an Ohio limited liability company; DURAMAX HOLDINGS, LLC, a North Carolina limited liability company; OTTO ENVIRONMENTAL SYSTEMS NORTH AMERICA, INC., a Delaware corporation; OTTO REAL ESTATE ARIZONA, LLC, a Delaware limited liability company; XYZ CORPORATIONS I-X, ABC PARTNERSHIPS I-X, and XYZ, LLC I-X,<br><br>Defendants. | Case No. 2:23-cv-01750-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff Deborah J. Ivy, as Trustee of the Jerry Ivy Separate Property Revocable Trust dated 4/20/90 ("Plaintiff"), through counsel undersigned, voluntarily dismisses without prejudice Plaintiff's Verified Complaint (Doc. 1). No answer or responsive pleading has been filed by Defendants. As such, dismissal is property without further court order.

DATED this 28th day of September, 2023.

BURCH & CRACCHIOLO, P.A.

By: /s/ John D. Curtis, II

- 1 -

Andrew Abraham
Casey S. Blais
1850 N. Central Ave, Suite 1700
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants:

Bradley D. Shwer
Lorena C. Van Assche
**THORPE SHWER, P.C.**
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: bshwer@thorpeshwer.com
Email: LVanAssche@thorpeshwer.com
*Attorneys for Defendants 901 North Tweedy, LLC
and Duramax Holdings, LLC*

David A. Ferris
Sarah M. Benoit
**ULMER & BERNE LLP**
65 E. State Street, Suite 1100
Columbus, OH 43215-4213
Email: dferris@ulmer.com
Email: sbenoit@ulmer.com
*Attorneys for Defendants 901 North Tweedy, LLC
and Duramax Holdings, LLC*

Bradley A. Burns
**DICKINSON WRIGHT**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Email: BBurns@dickinson-wright.com
*Attorneys for Defendants Otto Environmental Systems
North America, Inc. and Otto Real Estate Arizona, LLC*

/s/ Stacey Doran
Legal Assistant